# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00044-CR

**Joseph Michael Wilson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 51,428, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

Appellant Joseph Michael Wilson pleaded guilty to murder. *See* Tex. Pen. Code Ann. § 19.02(b)(2) (West 1994). The district court adjudged him guilty and assessed punishment at imprisonment for forty years, as called for in a plea bargain agreement.

As part of his plea bargain, appellant promised not to appeal. This promise is binding when, as here, the court follows the agreed punishment recommendation. *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000). Furthermore, appellant's general notice of appeal does not comply with Texas Rule of Appellate Procedure 25.2(b)(3) and thus does not invoke this Court's jurisdiction. *Whitt v. State*, 45 S.W.3d 274, 275 (Tex. App.—Austin 2001, no pet.); *see Cooper v. State*, 45 S.W.3d 77, 79 (Tex. Crim. App. 2001) (rule 25.2(b) limits every appeal in a plea bargain, felony case).

The appeal is dismissed for want of jurisdiction.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   February 7, 2002

Do Not Publish